ELLIOT ENOKI
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 6 2001

at __ o'clock and __ min. __
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES DAVID WEBB      (01) ) <br> KELLY E. LENFEST      (02) ) <br> ) <br> Defendants. ) <br> ) | CR. NO. CR01-00221 SOM <br><br> INDICTMENT <br> [21 U.S.C. §841(a)(1) <br> & (B)(1)(A) & (B)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about May 25, 2001, in the District of Hawaii, JAMES DAVID WEBB and KELLY E. LENFEST, the defendants, did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

COUNT 2

The Grand Jury further charges:

On or about May 25, 2001, in the District of Hawaii, KELLY E. LENFEST, the defendant, did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture or substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

DATED: June 6, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
KENNETH M. SORENSON
Assistant U.S. Attorney

2